In the Matter of AMSTERDAM DISPATCH, INC., et al., Appellants, against WILLIAM DEVERY, as President of International Brotherhood of Teamsters, etc., Truck Drivers and Chauffeurs Union 807, et al., Respondents.

Submitted June 3, 1938; decided July 7, 1938.

*Jeremiah T. Mahoney* and *Harris J. Klein* for appellants.

*Edmond B. Butler* and *Edward C. Maguire* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.